This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42186**

**BENAVIDEZ CONSTRUCTION LLC,**

Plaintiff-Appellee,

v.

**PAUL LEWICKI; ELIZABETH PHILLIP; STREAMLAND LLC, a Delaware Limited Liability Company; and ROSENALM WILDLIFE INSTITUTE LLC, a Delaware Limited Liability Company,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF MORA COUNTY**
**Emilio Chavez, District Court Judge**

Law Office of Arnold Padilla
Arnold Padilla
Albuquerque, NM

for Appellee

Sheri A. Raphaelson
Española, NM

for Appellant

### MEMORANDUM OPINION

**HANISEE, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** IT IS SO ORDERED.

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**ZACHARY A. IVES, Judge**